No. 223. MAHONEY ET AL. *v.* FEDERAL SAVINGS & LOAN INSURANCE CORP. C. A. 7th Cir. Certiorari denied. *Willard J. Lassers, Alex Elson,* and *Aaron S. Wolff* for petitioners. *Solicitor General Griswold* for respondent.

No. 226. SILVER, INC., ET AL. *v.* WEBCOR, INC., ET AL. C. A. 7th Cir. Certiorari denied. *I. Harvey Levinson, Melvin E. Levinson,* and *Robert M. Woodward* for petitioners. *Arnold M. Quittner* and *Miles G. Seeley* for respondents International Fastener Research Corp. et al., and *William S. Collen* for Whiston, Trustee in Bankruptcy of Webcor, Inc., et al.

No. 227. AVELLA ET AL. *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *George R. Sommer* for petitioners. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Kirby W. Patterson* for the United States.

No. 232. RETAIL STORE EMPLOYEES UNION LOCAL 954 *v.* LANE DRUG CO. ET AL.; and

No. 233. LANE DRUG CO. ET AL. *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 6th Cir. Certiorari denied. *Joseph E. Finley* for petitioner in No. 232. *Leonard Lane* for petitioners in No. 233 and for respondents Lane Drug Co. et al. in No. 232. *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli,* and *Norton J. Come* for National Labor Relations Board in both cases.

No. 235. GIBRALTAR FACTORS CORP. *v.* BARANOW, TRUSTEE IN BANKRUPTCY. C. A. 2d Cir. Certiorari denied. *Sydney Krause* for petitioner. *Marshall S. Marcus* for respondent.